IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL CHARLES FEGELY, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID C. COLLINS, SR. | : | NO. 23-2258 |

## **ORDER**

**AND NOW**, this 11th day of April, 2024, upon consideration of Defendant David C. Collins, Sr.'s Motion for Summary Judgment (Docket No. 20), to which no response has been filed, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion for Summary Judgment is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff.

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.